# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Osvaldo Magdaleno Vasquez-Ortiz   *Principal*
YOB:   1990   Mexico

## CRIMINAL COMPLAINT

Case Number:

**M-19-0922-M**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 22, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendants(s) did, (*Track Statutory Language of Offense*)

**knowing or in reckless disregard of the fact that Jarlin Rosnan Bonilla-Vallecillo and Irving Mauricio Madrin-Castillo, citizens and nationals of Honduras, along with four (4) other undocumented aliens, for a total of six (6), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempted to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation, to wit; a residence near Mission, Texas,**

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(iii)__   **FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

**On April 16, 2019, Border Patrol Agents received information regarding a suspected stash house used to harbor illegal aliens located near Mission, Texas.**

SEE ATTACHMENT

Continued on the attached sheet and made a part of this complaint:   [X] Yes  [ ] No

Approved by Robert Guerra AUSA

Signature of Complainant

Nicolas Cantu   Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

April 24, 2019 — 8:30 a.m.   at   McAllen, Texas
Date                                              City and State

Juan F. Alanis     , U. S. Magistrate Judge
Name and Title of Judicial Officer              Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-19-0922-M

RE: Osvaldo Magdaleno Vasquez-Ortiz

**CONTINUATION:**

On April 22, 2018, Agents were conducting surveillance on the suspected stash house when they observed a blue sedan depart the property. Agents proceeded to follow the vehicle to a local business parking lot and approached the driver after he exited the vehicle. Agents identified themselves as Border Patrol Agents and identified the driver as Osvaldo Vasquez-Ortiz, a citizen of Mexico. Agents questioned Vasquez as to his suspected involvement in human smuggling to which Vasquez freely stated he had just dropped food off to the illegal aliens. At this time, Agents read Vasquez his Miranda Rights and he agreed to provide a statement.

Vasquez claimed he had been renting the house for the past month and that there was approximately five illegal aliens still there. Vasquez provided agents with verbal and written consent to enter the house.

Agents proceeded to the house and discovered six subjects inside. Jarlin Rosnan Bonilla-Vallecillo, Irving Mauricio Madrin-Castillo, and four additional subjects were determined to be illegally present in the United States.

All subjects were transported to the McAllen Border Patrol Station.

**PRINCIPAL STATEMENT:**
Osvaldo Magdaleno Vasquez-Ortiz was read his Miranda Rights. He understood and agreed to provide a sworn statement.

Vasquez stated he was hired to harbor illegal aliens and would receive $130 per alien. Vasquez claimed to have also picked up aliens and transported them to the house. Vasquez stated he would feed the aliens two or three time a day and would take away the aliens cell phones.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

### M-19-0922-M

RE: **Osvaldo Magdaleno Vasquez-Ortiz**

**CONTINUATION:**

**MATERIAL WITNESSES STATEMENTS:**
Jarlin Rosnan Bonilla-Vallecillo and Irving Mauricio Madrid-Castillo were read their Miranda Rights. Both understood and agreed to provide a sworn statement.

Bonilla, a citizen of Honduras, stated his family made the smuggling arrangements and was to pay $9,000. After crossing the river, Bonilla stated he was picked up and eventually transported to the house he was arrested. Bonilla claimed the driver of the vehicle took his cell phone away and instructed him to go inside the house. Bonilla stated the driver would also drop food off every day.
Bonilla identified Vasquez, through a photo lineup, as the driver of the vehicle.

Madrid, a citizen of Honduras, stated his brother made the smuggling arrangements and was to pay $10,000. He was smuggled into the United State on April 15, 2019 and transported to the stash house where he was later arrested. Madrid claimed the driver that picked him up was the same person who was in charge of the stash house. Madrid stated the male subject took his cell phone away and instructed him not to go outside.

Madrid identified Vasquez, through a photo lineup, as the caretaker of the stash house.